# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

144409

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC:  144409
                                           COA:  305986
                                         Wayne CC:  97-004519-FC

MICHAEL GOODMAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 27, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012 _____

h0716

_____
Clerk